FILED
CLERK, U.S. DISTRICT COURT
8/27/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___DD___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2019 Grand Jury

| UNITED STATES OF AMERICA, | CR   2:20-cr-00379-PA |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi), (b)(1)(B)(viii), (b)(1)(C): Distribution and Possession with Intent to Distribute Controlled Substances; 18 U.S.C. § 924(c)(1)(A)(i): Carrying Firearms During and in Relation to, and Possession of Firearms in Furtherance of, Drug Trafficking Crimes; 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| HOVANES SUNGULYAN, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about June 30, 2020, in Los Angeles County, within the Central District of California, defendant HOVANES SUNGULYAN knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidnyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(vi)]

On or about August 13, 2020, in Los Angeles County, within the Central District of California, defendant HOVANES SUNGULYAN knowingly and intentionally possessed with intent to distribute at least 40 grams, that is, approximately 267.05 grams, of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidnyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

COUNT THREE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about August 13, 2020, in Los Angeles County, within the Central District of California, defendant HOVANES SUNGULYAN knowingly and intentionally possessed with intent to distribute at least 5 grams, that is, approximately 7 grams, of methamphetamine, a Schedule II controlled substance.

COUNT FOUR

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about August 13, 2020, in Los Angeles County, within the Central District of California, defendant HOVANES SUNGULYAN knowingly carried a firearm, namely, a Sig Sauer SP 2340 .40 caliber pistol, with an obliterated serial number, during and in relation to, and knowingly possessed firearms, namely,

(1) a Sig Sauer SP 2340 .40 caliber pistol, with an obliterated serial number;

(2) a Rock Island Armory M1911A .380 caliber pistol, bearing serial number RIA2120138;

(3) a Glock 22 .40 caliber pistol, bearing serial number NVZ020;

(4) a Rock Island Armory M1911A1 FS-TACT 2011 .45 caliber pistol, bearing serial number RIA1615839; and

(5) a Glock 22 .40 caliber pistol, bearing serial number NML922, in furtherance of, drug trafficking crimes, namely, possession with intent to distribute N-phenyl-N-[1-(2-phenylethyl)-4-piperidnyl] propanamide ("fentanyl"), in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi), as charged in Count Two of this Indictment, and possession with intent to distribute methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(viii), as charged in Count Three of this Indictment.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

1.  Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One through Three of this Indictment.

2.  The defendant, if so convicted, shall forfeit to the United States of America the following:

    (a)  All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

    (b)  All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense;

    (c)  All right, title, and interest in any firearm or ammunition involved in or used in any such offense, including but not limited to the following:

        i.  One Sig Sauer SP 2340 .40 caliber pistol, with an obliterated serial number;

        ii. One Rock Island Armory M1911A .380 caliber pistol, bearing serial number RIA2120138;

        iii. One Glock 22 .40 caliber pistol, bearing serial number NVZ020;

     iv. One Rock Island Armory M1911A1 FS-TACT 2011 .45 caliber pistol, bearing serial number RIA1615839;

     v. One Glock 22 .40 caliber pistol, bearing serial number NML922; and

  (c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

 3. Pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in Count Four of this Indictment.

2.   The defendant, if so convicted, shall forfeit to the United States of America the following:

(a)   All right, title, and interest in any firearm or ammunition involved in or used in such offense, including but not limited to the following:

   i.   One Sig Sauer SP 2340 .40 caliber pistol, with an obliterated serial number;

   ii.  One Rock Island Armory M1911A .380 caliber pistol, bearing serial number RIA2120138;

   iii. One Glock 22 .40 caliber pistol, bearing serial number NVZ020;

   iv.  One Rock Island Armory M1911A1 FS-TACT 2011 .45 caliber pistol, bearing serial number RIA1615839;

   v.   One Glock 22 .40 caliber pistol, bearing serial number NML922; and

(b)   To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.   Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the

7

defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                            A TRUE BILL

                                            _____/S/_____
                                            Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief,
General Crimes Section

JASON C. PANG
Assistant United States Attorney
General Crimes Section