TRACY WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
SOLOMON KIM (Cal. Bar No. 311466)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2450
    Facsimile: (213) 894-0140
    E-mail:   solomon.kim@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>HOVANES SUNGULYAN,<br><br>        Defendant. | No. CR 20-379-PA<br><br>ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**TRIAL DATE:**<br>August 10, 2021, at 8:30 a.m.<br><br>**FINAL STATUS CONFERENCE DATE:**<br>August 2, 2021, at 3:00 p.m.<br><br>**MOTIONS HEARING DATE:**<br>June 14, 2021, at 3:00 p.m. |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter on February 22, 2021.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The trial in this matter is continued from April 20, 2021 to August 10, 2021 at 8:30 a.m. The final status conference is continued to August 2, 2021 at 3:00 p.m. The briefing schedule for any pretrial motions, including motions in limine and notices required by Rule 12, 12.1, and 12.2, shall be: (1) any motions shall be filed by May 10, 2021; (2) any oppositions shall be filed by May 24, 2021; and (3) any replies shall be filed by May 31, 2021. A motion hearing is set for June 14, 2021 at 3:00 p.m.

2. The time period from April 20, 2021 to October 12, 2021, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3. Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence. Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of

additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

February 22, 2021
DATE

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
SOLOMON KIM
Assistant United States Attorney